ACCEPTED
05-15-00970-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
8/21/2015 11:04:51 AM
LISA MATZ
CLERK

## IN THE COURT OF APPEALS
## FOR THE 5TH DISTRICT, AT DALLAS, TEXAS
## CAUSE NUMBER 05-15-00970-CV

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
8/21/2015 11:04:51 AM
LISA MATZ
Clerk

## ADAM G. ARREDONDO, M.D., APPELLANT

## V.

## TEXAS HEALTH VENTURE ENNIS, LLC, APPELLEE
## DOCKETING STATEMENT

Pursuant to Texas Rule of Appellate Procedure 32.1, Appellant Adam G. Arredondo, M.D. files this Docketing Statement and would show the Court:

1. Appellant is Adam G. Arredondo, M.D.

2. Counsel for Appellant is Kevin McDonnell, 714 Ferris Avenue, Waxahachie, Texas 75165, Telephone: (972) 923-2881, Fax: (972) 937-3415, Email Address: kmcdonnell@kjlaw.co, State Bar of Texas ID number 24030762.

3. The Notice of Appeal in this case was filed on August 12, 2015 in the trial court.

4. The Motion for Summary Judgment was heard in the 134th Judicial District Court of Dallas County, Texas, before the Honorable Dale Tillery, Judge. Judgment was entered in favor of the Plaintiff on April 7, 2015. On May 2, 2015, an Agreed Order Granting Plaintiff's Motion to Sever was entered by the Court, making the judgment of the trial court from April 7, 2015 a final appealable judgment.

5. A Motion for New Trial was filed in the trial court on May 7, 2015.

---

6.    The names, addresses and telephone numbers of the other party is as follows:

> Bryce Benson
> Attorney for Texas Health Venture Ennis, LLC
> Norton Rose Fulbright US LLC
> EMAIL:  bryce.benson@nortonrosefulbright.com
> 2200 Ross Ave., Suite 2800
> Dallas, Texas 75201-2750
> TEL:  (214) 855-8297
> FAX:  (214) 855-8200

7.    This case is a breach of contract claim.

8.    This appeal should not be given priority.

9.    Appellant will request a reporter's record pursuant to T.R.A.P. 34.6.  The trial was not electronically recorded.

10.   The court reporter who reported this case is Vielica Dobbins.

11.   Appellant will not be seeking temporary or ancillary relief from this Court while this appeal is pending.

12.   An affidavit of indigence pursuant to T.R.A.P. 20.1 was not filed in this case.

13.   Appellant has not filed a supersedeas bond in this case.

Respectfully submitted,


By: */s/ Kevin McDonnell*
Kevin McDonnell
State Bar ID Number: 24030762
Email: kmcdonnell@kjlaw.co
714 Ferris Avenue
Waxahachie, Texas 75165
Telephone: (972) 923-2881
Facsimile: (972) 937-3415
Attorney for Appellant


## CERTIFICATE OF SERVICE

I certify that on August __21__, 2015 a true and correct copy of Appellant's Docketing Statement was served on Bryce Benson electronically at bryce.benson@nortonrosefulbright.com.


*/s/ Kevin McDonnell*
Kevin McDonnell
E-mail:kmcdonnell@kjlaw.co